FILED

11/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0158

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0158

_____

PFEIL ACQUISITIONS LLC,

     Petitioner and Appellant,

v.

GALLATIN COUNTY CONSERVATION
DISTRICT,

     Respondent and Appellee.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rienne McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 2 2022